IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

| | |
|---|---|
| DAVID STARR, et al.;<br><br>Plaintiffs,<br><br>v.<br><br>VSL PHARMACEUTICALS, INC., et al.;<br><br>Defendants. | No. 8:19-cv-02173-LKG |

## **NUTRILINEA S.R.L.'s AMENDED MOTION TO DISMISS**

Defendant Nutrilinea S.r.l ("Nutrilinea"), through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 12, moves to dismiss the Second Amended Complaint (ECF No. 93) in the above-captioned matter.  As set forth in the accompanying Memorandum in Support, which is incorporated by reference, Nutrilinea should be dismissed from the Second Amended Complaint pursuant to Federal Rules of Civil Procedure 9(b), 12(b)(2), 12(b)(6) for lack of personal jurisdiction, failure to state a claim upon which relief can be granted, and because Plaintiffs' claim is time-barred by the relevant statute of limitations.

Nutrilinea respectfully requests that the Court dismiss Plaintiffs' Second Amended Complaint against Nutrilinea with prejudice.

Nutrilinea respectfully requests a hearing for its Amended Motion to Dismiss in accordance with Local Rule 105, section 6.

Nutrilinea's Memorandum in Support and proposed Order is attached in accordance with Local Rule 105, section 1.

Dated:  February 17, 2023

_____/s/_____
Scott Lerner (#13327)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, D.C. 20005-3807
T:  (202) 626-3600
F:  (202) 639-9355
scott.lerner@whitecase.com

Greg Starner
Raj Gandesha
Edward Thrasher
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
T: (212) 819-8200
F: (212) 354-8113
gstarner@whitecase.com
rgandesha@whitecase.com
edward.thrasher@whitecase.com

*Counsel for Defendant Nutrilinea S.r.l.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2023, a copy of the foregoing was emailed to all attorneys of record and was also filed via the Court's CM/ECF system, which will serve electronic notice of same upon all attorneys of record.

_____/s/_____
Scott Lerner (#13327)

*Counsel for Defendant Nutrilinea S.r.l.*