IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DAVID STARR, et al.<br><br>Plaintiffs,<br><br>v.<br><br>VSL PHARMACEUTICALS, INC., et al.<br><br>Defendants. | Civil Action No. 8:19-cv-02173-LKG |

## AMENDED SCHEDULING ORDER

Pending before the Court is the parties' letter request to extend the Scheduling Order deadlines. (ECF No. 261) ("Motion"). Upon consideration of the Motion, the Court finds good cause to grant the requested relief. Accordingly, it is this 23rd day of March 2023 **ORDERED** that the Motion is **GRANTED.** The Amended Scheduling Order shall proceed as follows:

| Description of Event | Deadline |
|---|---|
| Deadline for Fact Discovery | 9/29/2023 |
| Serve Requests for Admission | 11/3/2023 |
| Deadline for Plaintiffs' Motion for Class Certification (with Plaintiffs' Expert Disclosures) | 12/1/2023 |
| Deadline for Depositions of Plaintiffs' Class Certification Experts | 1/19/2024 |
| Deadline for Defendants' Opposition to Class Certification (with Defendants' Expert Disclosures) | 2/16/2024 |
| Deadline for Depositions of Defendants' Class Certification Experts | 3/15/2024 |
| Deadline for Plaintiffs' Reply in Support of Motion for Class Certification | 4/12/2024 |

/s/
_____
The Honorable Gina. L. Simms
United States Magistrate Judge