## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| DAVID STARR, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. 19-02173-LKG |
| v. | ) | |
| | ) | September 18, 2023 |
| VSL PHARMACEUTICALS, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## **ORDER**

This Court, having considered Nutrilinea S.r.l's Motion for Entry of Judgment Pursuant to Federal Rule of Civil Procedure 58, the reasons therein, and the responses thereto, hereby ORDERS that:

1.      Judgment is **ENTERED** in favor of Defendant Nutrilinea S.r.l. and against Plaintiffs David Starr, Sandi Cook, Bernadette Mavrikos, Edmund Quiambao, James Tettenhorst, Jeremy Hansen, Krista Karo, Arlene Reed-Cossairt, Peter Stavros, Scott Offutt, Heather Farkas, and Stacey Holz;

2.      Nutrilinea S.r.l. is **DISMISSED** from this case **WITH PREJUDICE**; and

3.      The Clerk is DIRECTED to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge